# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| FSS, INC., dba Front Street Shipyard,<br><br>Plaintiff<br><br>v.<br><br>ANDY HEYWARD, AMY HEYWARD, and A SQUARED AVIATION, LLC,<br><br>Defendants | Civil No. 1:16-cv-641-DBH |

## ORDER ON DEFENDANTS' MOTION TO DISMISS

The defendants Andy Heyward's and Amy Heyward's motion to dismiss for failure to state a claim (ECF No. 9) is **Denied**. The arguments that the individual defendants have no liability is best addressed on a factual record at summary judgment.

**So Ordered.**

**Dated this 4th day of May, 2017**

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**